**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Mr. Lascelles

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2415 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **DAVID JOSEPH LASCELLES,** ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 11, 2008         *s/ ANDREW LAH*
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               andrew_lah@fd.org

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Lascelles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ2415 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| **DAVID JOSEPH LASCELLES,** | |
| Defendant. | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **Assistant United States Attorney**
      efile.dkt.gc1@usdoj.gov

Dated: August 11, 2008                                          *s/ ANDREW LAH*
                                                                                 **ANDREW LAH**
                                                                                 Federal Defenders of San Diego, Inc.,
                                                                                 andrew_lah@fd.org