

FILED
AUG 19 2008

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     ) Criminal Case No. 08CR2764-H
                              )
              Plaintiff,      ) I N F O R M A T I O N
                              )
        v.                    ) Title 8, U.S.C.,
                              ) Sec. 1324(a)(2)(B)(iii) - Bringing
DAVID JOSEPH LASCELLES,       ) in Illegal Aliens Without
                              ) Presentation; Title 18, U.S.C.,
              Defendant.      ) Sec. 2 - Aiding and Abetting
                              )
_____)
```

The United States Attorney charges:

On or about August 4, 2008, within the Southern District of California, defendant DAVID JOSEPH LASCELLES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rosalinda Carreno-Flores, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a

//
//
//
//
//

SLF:es:San Diego
8/7/08

designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 8/19/08

KAREN P. HEWITT
United States Attorney

*Shireen M. Becker* for

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:San Diego
8/7/08

2